1  Herman Franck, Esq. (SBN #123476)
   Law Offices of Herman Franck
2  1801 7th Street, Suite 150
   Sacramento, CA 95814
3  (916) 447-8400; (916) 447-0720

4

5  Attorney for Plaintiffs
   Todd Ashker and Danny Troxell

6

7
            THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                   OAKLAND DIVISION
9

10                                    )
11 TODD ASHKER, DANNY TROXELL,        )    Case No. C053286 CW (PR)
                                      )
12                                    )
                   Plaintiffs,        )    STIPULATION FOR LEAVE OF COURT
13                                    )    TO PERMIT FILING OF FIRST
                                      )    AMENDED COMPLAINT; ORDER
14      vs.                           )    THEREON
                                      )
15                                    )
16 ARNOLD SCHWARZENEGGER;             )
   R.Q. HICKMAN; EDWARD               )
17 ALAMEIDA JR.; JEANNE WOODFORD;     )
   JOE McGRATH; RICHARD KIRKLAND      )
18                                    )
                   Defendants,        )
19 _____)

20

21

22 Plaintiffs Todd Ashker and Danny Troxell and Defendants Arnold Schwarzenegger, R.Q.

23 Hickman, Edward Alamedia, Jr., Jeanne Woodford, Joe McGrath, and Richard Kirkland hereby

24 agree and stipulate to an order granting Plaintiffs leave of court to file their first amended

25 complaint in the form ~~as~~ attached ~~hereto~~ as Exhibit A. to the Stipulation.

                                           1
              STIPULATION FOR LEAVE OF COURT TO PERMIT FILING
                OF FIRST AMENDED COMPLAINT; ORDER THEREON

Defendants shall have 60 days from the date all new defendants are served in which to respond to the first amended complaint.

SO AGREED:

\_\_\_\_\_/s/_____   Dated: January 30, 2006
Herman Franck, Esq.
Attorney for Plaintiffs
Todd Ashker and Danny Troxell

_____/s/_____   Dated: January 26, 2006
Timothy J. McDonough
Attorney for Defendants
Defendants Arnold Schwarzenegger,
R.Q. Hickman, Edward Alamedia, Jr.,
Jeanne Woodford, Joe McGrath, and
Richard Kirkland

ORDER BASED ON STIPULATION

The Court accepts the foregoing stipulation and ORDERS as follows:

1. Plaintiffs are GRANTED leave of court to file their first amended complaint in the form as attached hereto as Exhibit A.

2. Defendants shall have 60 days from the date all new defendants are served in which to respond to the first amended complaint.

1  SO ORDERED:

3                                                            2/7/06
4  _____           Dated: _____
   Hon. Claudia Wilken
5  U.S. District Court Judge

*IT IS SO ORDERED*
*Judge Claudia Wilken*