Herman Franck, Esq. (SB# 123476)
Law Offices of Herman Franck
1801 7th Street, Suite 150
Sacramento, CA 95814
(916) 447-8400
(916) 447-0720 (fax)

Attorney for Plaintiffs
Todd Ashker & Danny Troxell

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, DANNY TROXELL, | Case No.  C05-3286 CW |
| Plaintiffs, | STIPULATION FOR CONTINUANCE OF HEARING FOR MOTION FOR PROTECTIVE ORDER; ORDER THEREON |
| vs. | |
| ARNOLD SCHWARZENEGGER; R.Q. HICKMAN; EDWARD ALAMEIDA, JR.; JEANNE WOODFORD; JOE McGRATH; CAROL A. DALY; SHARON LAWIN; GEORGE LEHMAN; MR. ROOS; BOOKER T. WELCH; BRETT GRANLUND; LARRY STARN; KENNETH L. RISEN; JONES M. MOORE; GRAY DAVIS; PETE WILSON; RICHARD KIRKLAND; and SUSAN FISHER | Date: July 19, 2006<br>Time: XXXXam<br>Courtroom: 4<br>Hon. James Larson,<br>Magistrate Judge |
| Defendants, | |

1

STIPULATION FOR CONTINUNCE OF TRIAL HEARING FOR MOTIN FOR PROTECTIVE ORDER
ORDER THEREON

**I**
## REASON FOR CONTINUANCE

Counsel For plaintiff, Herman Franck, Esq., incorrectly understood that the hearing date of defendants' motion for protective order was set for July 7, not June 28, 2006.

The Court clerk brought this error to plaintiffs' counsels' attention on June 9, 2006, via telephone contact. Plaintiff's counsel wrote a letter to the Clerk advising of its mistaken understanding on the hearing date and corresponding opposition due date, and advised the court that plaintiffs very much wanted to file an opposition to the motion.

The Court clerk advised plaintiffs counsel that a new hearing date could be scheduled, provided counsel for defendants stipulated as to the new date and time.

**II**
## STIPULATION

Plaintiffs' counsel has discussed the issue of a new hearing date with defendants' counsel, Mr. Brandon Kenney, and the following date was agreed to:

July 19, 2006
10:00 AM
Courtroom 4

Accordingly the parties stipulate that the court may issue an Order as set forth below continuing the hearing on defendants' motion for protective order to from June 28, 2006 to July 19, 2006 at 10:00 a.m. in Courtroom 4.

STIPULATION FOR CONTINUNCE OF TRIAL HEARING FOR MOTIN FOR PROTECTIVE ORDER
ORDER THEREON

SO STIPULATED:

_____ Date: June 12, 2006
Herman Franck, Esq. [SBN 123476]
Attorney for Plaintiffs
Todd Ashker and Danny Troxell

_____ Date: June 12, 2006
Brandon Kenney
Attorney for all Defendants

## III
## ORDER BASED ON STIPULATION

The Court accepts the forgoing STIPULATION and accordingly hereby ORDERS that

the hearing date of June 28, 2006 at 10:0 in Courtroom 4 on defendants' motion for

protective order is hereby continued to July 19, 2006 at 10:00 am in Courtroom 4.

SO ORDERED

IT IS SO ORDERED

Judge James Larson

Hon. James
United States

**The motion has been
continued to July 19,
2006 at 9:30 a.m in
Courtroom F.**

3

STIPULATION FOR CONTINUNCE OF TRIAL HEARING FOR MOTOIN FOR PROTECTIVE
ORDER; ORDER THEREON