IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>         Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>         Defendants.<br>_____/ | No. C 05-3286 CW<br><br>ORDER REQUIRING PARTIES TO SUBMIT PROPOSED REVISED SCHEDULE |

    Plaintiffs Todd Ashker and Danny Troxell have filed a motion to continue the parties' present dates for discovery cut-off, hearing of dispositive motions, pretrial conference and trial. Defendants have filed a statement of non-opposition to Plaintiffs' motion for a continuance.  However, neither party has submitted a proposed order or proposed new dates, nor have the parties indicated how much more discovery time they believe is needed.

    Therefore, the Court hereby stays the current July 11, 2006 discovery deadline and orders the parties to submit, within two weeks of the date of this order, a stipulation and proposed order setting forth a proposed revised schedule.  The parties should

1  consult with Deputy Clerk Sheilah Cahill to determine an
2  appropriate new trial date.

4      IT IS SO ORDERED.

6  Dated: 7/7/06

             _____
             CLAUDIA WILKEN
             United States District Judge

2