J. RANDALL ANDRADA (SBN 70000)
BRENDAN KENNY (SBN 237969)
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 925
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161
E-mail: bkenny@andradalaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, R. Q. HICKMAN, EDWARD ALAMEIDA, JR., JEANNE WOODFORD, JOE McGRATH, CAROL DALY, RICHARD KIRKLAND, GRAY DAVIS, SUSAN FISHER, BRETT GRANLUND, SHARON LAWIN, GEORGE LEHMAN, JONES M. MOORE, KENNETH L. RISEN, MR. ROOS, LARRY STARN, BOOKER T. WELCH, PETE WILSON,<br><br>Defendants. | Case No.: C 05-03286-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND ASSOCIATED DISCOVERY, MOTION, AND CONFERENCE DATES AS MODIFIED**<br><br>Judge: The Honorable Claudia Wilken<br>Courtroom: 2 |

Defendants ARNOLD SCHWARZENEGGER, R. Q. HICKMAN, EDWARD ALAMEIDA, JR., JEANNE WOODFORD, JOE McGRATH, CAROL DALY, RICHARD KIRKLAND, GRAY DAVIS, SUSAN FISHER, BRETT GRANLUND, SHARON LAWIN, GEORGE LEHMAN, JONES M. MOORE, KENNETH L. RISEN, MR. ROOS, LARRY STARN, BOOKER T. WELCH, and PETE WILSON and Plaintiffs TODD ASHKER and DANNY TROXELL (hereinafter "THE PARTIES") through their respective counsel of record hereby stipulate to a continuance of the discovery cutoff date, settlement conference date, dispositive motion cutoff date, pretrial conference date, and trial date.

///

1

1  The present dates are as follows:

2  Discovery Cutoff Date: July 11, 2006

3  Dispositive Motion Cutoff Date: November 17, 2006

4  Settlement Conference Date: January 11, 2007

5  Pretrial Conference Date: February 16, 2007

6  Trial Date: February 26, 2007

7

8  THE PARTIES propose that this court continue the discovery cutoff date, settlement

9  conference date, dispositive motion date, pretrial conference date, and trial date to the following

10  dates:

11  Discovery Cutoff Date: January 11, 2007

12  Dispositive Motion Cutoff Date: April 20, 2007

13  Settlement Conference Date: June 14, 2007

14  Pretrial Conference Date: July 20, 2007

15  Trial Date: July 30, 2007

16  This stipulation may be executed in subparts and the signature transmitted by facsimile may be

17  deemed an original signature.

18  **SO STIPULATED.**

19

20  Dated:                                                              ANDRADA & ASSOCIATES

21

22                                                                      By _____/ S /_____
                                                                        J. RANDALL ANDRADA
23                                                                      Attorneys for Defendants
                                                                        ARNOLD SCHWARZENEGGER, R. Q.
24                                                                      HICKMAN, EDWARD ALAMEIDA, JR.,
                                                                        JEANNE WOODFORD, JOE McGRATH,
25                                                                      CAROL DALY, RICHARD KIRKLAND,
                                                                        GRAY DAVIS, SUSAN FISHER, BRETT
26                                                                      GRANLUND, SHARON LAWIN,
                                                                        GEORGE LEHMAN, JONES M. MOORE,
27                                                                      KENNETH L. RISEN, MR. ROOS, LARRY
                                                                        STARN, BOOKER T. WELCH, PETE
28                                                                      WILSON

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

2

{00045459.DOC/}  DOC 0594                                               *Ashker et al. v. Schwarzenegger, et al.*
STIPULATION AND ORDER TO CONTINUE TRIAL DATE                            C 05 3286 CW (PR)

Dated:                                           **LAW OFFICES OF HERMAN FRANCK**

By      / S /
      HERMAN FRANCK
      Attorneys for Plaintiffs
      TODD ASHKER and DANNY TROXELL

## **ORDER**

The court, having considered the parties stipulation, and good cause appearing, hereby orders as follows:

The discovery cutoff date is continued to January 11, 2007;

The dispositive motion cutoff date is continued to April 20, 2007;

~~The settlement conference date is continued to June 14, 2007;~~

The pretrial conference date is continued to July 20, 2007; and

The trial date is continued to July 30, 2007.

**IT IS SO ORDERED., EXCEPT THE SETTLEMENT CONFERENCE DATE MUST BE APPROVED BY MAGISTRATE JUDGE ZIMMERMAN.**

Dated: 8/9/06

*/s/ Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTIRCT COURT JUDGE

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION