1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  BRENDAN KENNY (SBN 237969)
   bkenny@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  180 Grand Avenue, Suite 925
   Oakland, California 94612
5  Tel.:  (510) 287-4160
   Fax:   (510) 287-4161
6
   Attorneys for Defendants
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11 TODD ASHKER and DANNY TROXELL,         Case No.: C 05-03286-CW

12           Plaintiffs,                   **STIPULATION AND [PROPOSED]**
                                           **ORDER TO CONTINUE SETTLEMENT**
13     v.                                  **CONFERENCE DATE**

14 ARNOLD SCHWARZENEGGER, et al.,
                                           Judge: Magistrate Judge Bernard Zimmerman
15           Defendants.                   Courtroom:   G, 15th Floor

16

17     Defendants ARNOLD SCHWARZENEGGER, R. Q. HICKMAN, EDWARD ALAMEIDA,

18 JR., JEANNE WOODFORD, JOE McGRATH, CAROL DALY, RICHARD KIRKLAND, GRAY

19 DAVIS, SUSAN FISHER, BRETT GRANLUND, SHARON LAWIN, GEORGE LEHMAN,

20 JONES M. MOORE, KENNETH L. RISEN, MR. ROOS, LARRY STARN, BOOKER T. WELCH,

21 and PETE WILSON and Plaintiffs TODD ASHKER and DANNY TROXELL (hereinafter "THE

22 PARTIES") through their respective counsel of record hereby stipulate to a continuance of the

23 settlement conference date. The present date of the settlement conference is January 11, 2007.

24     THE PARTIES propose that this court continue the settlement conference date to June 14,

25 2007.

26     This stipulation may be executed in subparts and the signature transmitted by facsimile may be

27 deemed an original signature.

28 ///

                                    1

**SO STIPULATED.**

Dated:   July 31, 2006                                        ANDRADA & ASSOCIATES


By _____/s/_____
J. RANDALL ANDRADA
Attorneys for Defendants


Dated:                                                         LAW OFFICES OF HERMAN FRANCK


By _____/s/_____
HERMAN FRANCK
Attorneys for Plaintiffs
TODD ASHKER and DANNY TROXELL

**ORDER**

The court, having considered the parties' stipulation, and good cause appearing, hereby orders as follows:

The settlement conference date is continued to ~~July 3~~ 10, 2007; at 9 am

**IT IS SO ORDERED.**

Dated: 10 Aug 06

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

2

{00045605.DOC/} DOC 0594
STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE

*Ashker et al. v. Schwarzenegger, et al.*
C 05 3286 CW (PR)