Herman Franck, Esq. (SBN #123476)
Law Offices of Herman Franck
1801 7th Street, Suite 150
Sacramento, CA 95814
(916) 447-8400; (916) 447-0720

Attorney for Plaintiffs
Todd Ashker and Danny Troxell

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

TODD ASHKER, DANNY TROXELL,       )   Case No. C053286 CW (PR)
                                  )
               Plaintiffs,        )   FURTHER STIPULATION FOR ORDER
                                  )   CONTINUING DUE DATE FOR
                                  )   EXPERT WITNESS DISCLOSURES;
vs.                               )   ORDER THEREON
                                  )
ARNOLD SCHWARZENEGGER;            )
R.Q. HICKMAN; EDWARD              )
ALAMEIDA JR.; JEANNE WOODFORD;    )
JOE McGRATH; RICHARD KIRKLAND;    )
GRAY DAVIS; SUSAN FISHER; BRETT   )
GRANLUND; SHARON LAWIN;           )
GEORGE LEHMAN; JONES M. MOORE;    )
KENNETH L. RISEN; MR. ROOS;       )
LARRY STARN; BOOKER T. WELCH      )
PETE WILSON                       )
                                  )
                                  )
               Defendants,        )

1
FURTHER STIPULATION FOR ORDER CONTINUING DUE DATE FOR EXPERT WITNESS DISCLOSURES

1. The parties previously stipulated to a series of continuances of discovery cutoff date, dispositive motion hearing date, pre-trial conference date, and the trial date.

5. Plaintiff's counsel inadvertently omitted from the continued dates the expert witness disclosure date. The parties now correct this omission by stipulating to further order extending the previously given expert witness disclosure date to the following new date:

Expert Witness Disclosure Date:     February 8, 2007

**SO STIPULATED:**

HERMAN FRANCK, Esq.
Attorney for Plaintiffs
Todd Ashker and Danny Troxell

Dated: September 22, 2006

J. RANDALL ANDRADA, Esq.
Attorney for Defendants
Defendants Arnold Schwarzenegger,
R.Q. Hickman, Edward Alamedia, Jr.,
Jeanne Woodford, Joe McGrath, and
Richard Kirkland, Gray Davis, Susan Fisher,
Brett Granlund, Sharon Lawin,
George Lehman, Jones M. Moore,
Kenneth L. Risen, Mr. Roos, Larry
Starn, Booker T. Welch, Pete Wilson

Dated: September __, 2006

2
FURTHER STIPULATION FOR ORDER CONTINUING DUE DATE FOR EXPERT WITNESS DISCLOSURES

## ORDER BASED ON STIPULATION

The Court accepts the foregoing stipulation and ORDERS as follows:

1. The Expert Witness Disclosure Date is hereby continued to February 8, 2007.

**SO ORDERED:**

*/s/ Claudia Wilken*                                 9/27/06

_____                         Dated: _____
Hon. Claudia Wilken
U.S. District Court Judge

3
FURTHER STIPULATION FOR ORDER CONTINUING DUE DATE FOR EXPERT WITNESS DISCLOSURES