HERMAN FRANCK (S.B. #123476)
1801 7th Street, Suite 150
Sacramento, California 95814
Tel. 916-447-8400

Attorney for Plaintiffs
Todd Ashker and Danny Troxell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TODD LEWIS ASHKER and DANNY TROXELL,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER; R.Q. HICKMAN; EDWARD ALAMEIDA, JR.; JEANNE WOODFORD; JOE McGRATH; CAROL A. DALY; SHARON LAWIN; GEORGE LEHMAN; MR. ROOS; BOOKER T. WELCH; BRETT GRANLUND; LARRY STARN; KENNETH L. RISEN; JONES M. MOORE; GRAY DAVIS; PETE WILSON; RICHARD KIRKLAND; and SUSAN FISHER<br><br>Defendants. | Case No. C05-3286 CW<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY FOR TODD ASHKER AND ORDER THEREON |

NOTICE OF SUBSTITUTION OF
ATTORNEY AND ORDER THEREON

Todd Ashker, C58191
Box #7500/D1-119
Crescent City, Cal. 95532

In pro-se –

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND – DIVISION

TODD ASHKER and DANNY TROXELL,
PLAINTIFFS,

vs.

ARNOLD SCHWARZENEGGER, et al.,
DEFENDANTS.

CASE NO. C05-3286 C.W.
Notice Of Substitution
Of Attorney

To The Court And All Parties Are Notified That Plaintiff Todd Ashker on behalf of himself makes the following substitution of attorney:

1. Former legal representative: Attorney Herman Franck, Esq.
2. New legal representative: Todd Ashker, pro se.

3. I consent to this substitution:
   _Todd Ashker_                                    Dated: Sept. 10, 2006
   Todd Ashker, Plaintiff

4. I consent to this substitution:
   _[signature]_                                    Dated: Sept. 27, 2006
   Herman Franck, Esq.
   Former attorney For Plaintiff

1  So ORDERED:



Date: October 18, 2006

Judge, Claudia Wilken, U.S. District Court

Copy mailed to:

Todd Ashker
C58191
PBSP
Box 7500
Crescent City, CA
95531

NOTICE OF SUBSTITUTION OF
ATTORNEY AND ORDER THEREON

# PROOF OF SERVICE

I, Amanda L. Kirchner, declare as follows: That I am an adult over the age of 18, and reside in Sacramento, California, and am not a party to the present action. On the date signed below, I caused to be mailed by first class mail postage prepaid, the following documents:

   1. Notice of Substitution of Attorney

The above-listed documents were served on all parties by mailing them to the following addressees:

Brendan Kenny
Andrada & Associates
180 Grand Avenue, Suite 925
Oakland, CA 94612
Tel. (510) 287-4168

Todd L. Ashker, C-58191
Pelican Bay State Prison
Box 7500, D1-119
Crescent City, CA 95531

Danny Troxell, B-76578
Pelican Bay State Prison
P.O. Box 7500/C-8-101
Crescent City, CA 95531

I declare under oath and under penalty of perjury that the foregoing is true and correct and that this Declaration was executed in Sacramento, California, on September 29, 2006.

*[signature]*
Amanda L. Kirchner

NOTICE OF SUBSTITUTION OF
ATTORNEY AND ORDER THEREON