HERMAN FRANCK (S.B. #123476)
1801 7th Street, Suite 150
Sacramento, California 95814
Tel. 916-447-8400

Attorney for Plaintiffs
Todd Ashker and Danny Troxell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TODD LEWIS ASHKER and DANNY TROXELL, | Case No. C05-3286 CW |
| Plaintiffs, | NOTICE OF SUBSTITUTION OF ATTORNEY FOR DANNY TROXELL AND ORDER THEREON |
| vs. | |
| ARNOLD SCHWARZENEGGER; R.Q. HICKMAN; EDWARD ALAMEIDA, JR.; JEANNE WOODFORD; JOE McGRATH; CAROL A. DALY; SHARON LAWIN; GEORGE LEHMAN; MR. ROOS; BOOKER T. WELCH; BRETT GRANLUND; LARRY STARN; KENNETH L. RISEN; JONES M. MOORE; GRAY DAVIS; PETE WILSON; RICHARD KIRKLAND; and SUSAN FISHER | |
| Defendants. | |

NOTICE OF SUBSTITUTION OF
ATTORNEY AND ORDER THEREON

Danny Troxell, B76578
Box # 7500/B1-120
Crescent City, Cal. 95532

In pro-se

# The United States District Court
# For The Northern District Of California
## Oakland - Division

Todd Ashker and Danny Troxell,           Case No. C05-3286 C.W.
                Plaintiffs               Notice Of Substitution
                                         Of Attorney
        vs.

Arnold Schwarzenegger, et al.,
                Defendants.
_____

To The Court And All Parties, You Are Notified That Plaintiff Danny Troxell on behalf of himself makes the following substitution of attorney:

1. Former legal representative: Attorney Herman Franck, esq.
2. New legal representative: Danny Troxell, pro-se.

3. I consent to this substitution:
   _Danny Troxell_                        Dated: Sept. 10, 2006
   Danny Troxell, Plaintiff


4. I consent to this substitution:
   _[signature]_                          Dated: Sept. 27, 2006
   Herman Franck, Esq.
   Former attorney for Plaintiff

So ORDERED:

_____          Date: October 18, 2006

Judge, Claudia Wilken, U.S. District Court

Copy mailed to:

Danny Troxell
B76578
PBSP
Box 7500
Crescent City, CA
95531

NOTICE OF SUBSTITUTION OF
ATTORNEY AND ORDER THEREON

# PROOF OF SERVICE

I, Amanda L. Kirchner, declare as follows: That I am an adult over the age of 18, and reside in Sacramento, California, and am not a party to the present action. On the date signed below, I caused to be mailed by first class mail postage prepaid, the following documents:

    1. Notice of Substitution of Attorney

The above-listed documents were served on all parties by mailing them to the following addressees:

Brendan Kenny  
Andrada & Associates  
180 Grand Avenue, Suite 925  
Oakland, CA 94612  
Tel. (510) 287-4168

Todd L. Ashker, C-58191  
Pelican Bay State Prison  
Box 7500, D1-119  
Crescent City, CA 95531

Danny Troxell, B-76578  
Pelican Bay State Prison  
P.O. Box 7500/C-8-101  
Crescent City, CA 95531

I declare under oath and under penalty of perjury that the foregoing is true and correct and that this Declaration was executed in Sacramento, California, on September 29, 2006.

*Amanda L. Kirchner*  
Amanda L. Kirchner

NOTICE OF SUBSTITUTION OF  
ATTORNEY AND ORDER THEREON