UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER and DANNY TROXELL, )
)
      Plaintiff(s), )   No. C 05-3286 CW (BZ)
)
  v. )   **ORDER RE OVERDUE PAPERS**
)
ARNOLD SCHWARZENEGGER, et al., )
)
      Defendant(s). )

TO: Plaintiff(s) and defendant(s) and their attorney(s) of record:

On January 10, 2006, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 3, 2007 at 10:00 a.m. Your statement was due June 26, 2007. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff(s) and defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: June 27, 2007

                              Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\ASHKER.LATE.PAPERS.wpd

1