UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendant(s). | No. C 05-3286 CW (BZ)<br><br>**ORDER FOR PLAINTIFFS' PARTICIPATION IN SETTLEMENT CONFERENCE (Prisoners Pro Se)** |

Inasmuch as plaintiffs are no longer represented by counsel, **IT IS HEREBY ORDERED** that defendants shall arrange with Pelican Bay State Prison for the plaintiffs to be in a room where they can privately either appear by video conferencing or by telephone beginning at **10:00 a.m. on Tuesday, July 3, 2007.** Defendants shall immediately notify the court in writing, with a copy to plaintiffs, if they expect any difficulty in making these arrangements.

Dated: June 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\ASHKER.CRIM.SC.wpd

1