1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TODD ASHKER and DANNY TROXELL, | ) ) ) | No. C 05-3286 CW (BZ) |
|---|---|---|
| Plaintiff(s), | ) ) ) | |
| v. | ) ) | **ORDER DENYING REQUEST TO** |
| ARNOLD SCHWARZENEGGER, et al., | ) ) ) | **CONTINUE SETTLEMENT** **CONFERENCE** |
| Defendant(s). | ) ) | |

12

13

14

15

16

17

18

        Defendants' request to continue the settlement conference

19

is **DENIED**.  Defendants' request to excuse the personal

20

attendance of the seventeen (17) named defendants is **GRANTED**

21

on condition that a representative of the Department of

22

Corrections appear with authority to negotiate a settlement.

23

Defendants shall immediately serve a copy of this Order on

24

plaintiffs.

25

Dated: June 29, 2007

26

_____
        Bernard Zimmerman
    United States Magistrate Judge

27

28

G:\BZALL\-REFS\REFS.07\ASHKER.DENY.CONTINUANCE.SC.wpd

1