UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER and DANNY TROXELL,

    Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendant(s).

No. C 05-3286 CW (BZ)

**ORDER CONTINUING SETTLEMENT CONFERENCE**

**IT IS HEREBY ORDERED** that the settlement conference is continued to **Wednesday, August 29, 2007 at 10:00 a.m.** **IT IS FURTHER ORDERED** that, if feasible and consistent with defendants' reasonable security concerns, plaintiffs participate by videoconferencing. Defendants shall notify the court by no later than **August 1, 2007** whether video-conferencing is possible, and if so, what videoconferencing equipment defendants have at Pelican Bay so that the court can determine whether it is compatible with the court's equipment.

Dated: July 13, 2007

                              Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\ASHKER\ASHKER.CONTINUING.SC.wpd

1