UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, ET AL., | No. C 05-3286 CW  (JL) |
| Plaintiffs, | **ORDER** |
| v. | |
| ARNOLD SCHWARZENEGGER, | |
| Defendants. | |

On October 11, 2007, Plaintiffs re-filed two discovery motions with this Court per the September 26, 2007, Order Denying Discovery Motions with leave to re-file (docket # 170). If Defendants intend to file opposing memorandum, they are hereby ordered to do so within two weeks of this Order.

IT IS SO ORDERED.

DATED: October 25,  2007

_____
JAMES LARSON
Chief Magistrate Judge

C - 05 - 3286          1