J. RANDALL ANDRADA (SBN 70000)
CATHERINE E. WHEELER (SBN 244857)
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161
E-mail:  cwheeler@andradalaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>           Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, R. Q. HICKMAN, EDWARD ALAMEIDA, JR., JEANNE WOODFORD, JOE McGRATH, CAROL DALY, RICHARD KIRKLAND, GRAY DAVIS, SUSAN FISHER, BRETT GRANLUND, SHARON LAWIN, GEORGE LEHMAN, JONES M. MOORE, KENNETH L. RISEN, MR. ROOS, LARRY STARN, BOOKER T. WELCH, PETE WILSON,<br><br>           Defendants. | Case No.:  C 05-03286-CW<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE SEPARATE OBJECTIONS**<br><br>Judge:      The Honorable Claudia Wilken<br>Courtroom:    2 |

For good cause appearing, the defendants' request for leave to file objections to plaintiffs' separate statement of undisputed facts and other evidence submitted in support of plaintiffs' Opposition and Cross-Motion for summary judgment located at Docket Nos. 250-309, is hereby GRANTED.  Said objections may be filed on or by January 20, 2009.

Dated:  1/6/09

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER ET AL et al,

       Plaintiff,

 v.

SCHWARZENEGGER ET AL et al,

       Defendant.
_____/

Case Number: CV05-03286 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/6/09January 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell B-76578
Pelican Bay State Prison
P.O. Box 7500, C-8-101
Crescent City, CA 95531

Todd Ashker C-58191
Pelican Bay State Prison
P.O. Box 7500, D1-119
Crescent City, CA 95531

Dated: 1/6/09January 6, 2009

                                             Richard W. Wieking, Clerk
                                             By: Sheilah Cahill, Deputy Clerk

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

2