IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-03286 CW (PR)<br><br>ORDER GRANTING PLAINTIFFS'<br>MOTION FOR AN EXTENSION OF<br>TIME<br>(Docket # 337) |

    Plaintiffs Todd Ashker and Danny Troxell move for a ninety-day extension of time to file their response to the Court's March 25, 2009 Order.  Having read the motion and declarations submitted by Plaintiffs, and good cause appearing, the Court grants their motion for an extension of time.  Plaintiffs' response to the Court's March 25, 2009 Order is due ninety days from the date of this order.

    IT IS SO ORDERED.

Dated: June 5, 2009

_____
CLAUDIA WILKEN
United States District Judge