IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.<br>_____/ | No. 05-03286 CW<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br>(DOCKET # 388) |

    Plaintiff Danny Troxell, an inmate at Pelican Bay State Prison (PBSP), applies to proceed in forma pauperis on appeal of this civil rights action.

    Under 28 U.S.C. § 1915, a court is authorized to allow a plaintiff to appeal in forma pauperis upon the submission of an affidavit that includes a statement of all assets showing that the person is unable to pay such fees.  A prisoner must also submit a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal.

    Mr. Troxell has filed an affidavit and a certified copy of his prison trust fund account.  These documents show that Mr. Troxell

qualifies for <u>in forma pauperis</u> status.  Therefore, his application to proceed <u>in forma pauperis</u> on appeal is granted.

IT IS SO ORDERED.

*[signature: Claudia Wilken]*

Dated: June 1, 2010

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER ET AL et al,

        Plaintiff,

v.

SCHWARZENEGGER ET AL et al,

        Defendant.

Case Number: CV05-03286 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell B-76578
Pelican Bay State Prison
P.O. Box 7500, C-8-101
Crescent City, CA 95531

Todd Ashker C-58191
Pelican Bay State Prison
P.O. Box 7500, D1-119
Crescent City, CA 95531

Dated: June 1, 2010

        Richard W. Wieking, Clerk
        By: Ronnie Hersler, Administrative Law Clerk

3