IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL, | No. 05-03286 CW |
| Plaintiffs, | ORDER DENYING APPLICATION TO |
| v. | PROCEED IN FORMA PAUPERIS ON |
| ARNOLD SCHWARZENEGGER, et al., | APPEAL |
| Defendants. | (DOCKET # 387) |

Plaintiff Todd Ashker, an inmate at Pelican Bay State Prison (PBSP), applies to proceed in forma pauperis on appeal of this civil rights action.

Under 28 U.S.C. § 1915, a court is authorized to allow a plaintiff to appeal in forma pauperis upon the submission of an affidavit that includes a statement of all assets showing that the person is unable to pay such fees. A prisoner must also submit a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal.

Mr. Ashker has filed an affidavit and a certified copy of his prison trust fund account. In his affidavit, he states that, in addition to his prison trust account, he has a small amount of money in a trust fund that he is not able to access. Plaintiff's

United States District Court
For the Northern District of California

affidavit omits a description of this personal trust account, the balance of funds it contains and the reason he cannot access those funds.  Until these deficiencies are remedied, the Court cannot ascertain whether Plaintiff is able to pay the fees on appeal.

Therefore, Plaintiff's request to proceed in forma pauperis on appeal is denied without prejudice to re-filing to correct the deficiencies noted above.


IT IS SO ORDERED.


_____
CLAUDIA WILKEN
United States District Judge

Dated: June 1, 2010

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER ET AL et al,

        Plaintiff,

  v.

SCHWARZENEGGER ET AL et al,

        Defendant.

_____/

Case Number: CV05-03286 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell B-76578
Pelican Bay State Prison
P.O. Box 7500, C-8-101
Crescent City, CA 95531

Todd Ashker C-58191
Pelican Bay State Prison
P.O. Box 7500, D1-119
Crescent City, CA 95531

Dated: June 1, 2010

                              Richard W. Wieking, Clerk
                              By: Ronnie Hersler, Administrative Law Clerk

**United States District Court**
For the Northern District of California